Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
Jonathan Hawley, Bar No. 319464
JHawley@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Torryn T. Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendants WORLD MARKET, LLC and COST
PLUS WORLD MARKET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COUNTY

| | |
|---|---|
| VALERIE HARVEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD MARKET, LLC, COST PLUS WORLD MARKET, LLC, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:25-cv-01242-CRB<br><br>NOTICE OF MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS WORLD MARKET, LLC AND COST PLUS WORLD MARKET, LLC AND [PROPOSED] ORDER<br><br>Judge:    Charles R. Breyer |

NOTICE OF MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
WORLD MARKET, LLC AND COST PLUS WORLD MARKET, LLC AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that, pursuant to Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California, Defendants World Market, LLC and Cost Plus World Market, LLC ("Defendants") have retained Perkins Coie LLP to substitute as counsel for Bryan Cave Leighton Paisner LLP in the above captioned matter.  Plaintiff's counsel has been notified of this substitution.

Withdrawing counsel for Defendants are:

BRYAN CAVE LEIGHTON PAISNER LLP
Daniel T. Rockey, Bar No. 178604
daniel.rockey@bclplaw.com
Merrit M. Jones, Bar No. 209033
merrit.jones@bclplaw.com
Anna V. Donald, Bar No. 352006
Anna.donald@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone:     +1 415 675 3400
Facsimile:     +1 415 675 3434

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants:

Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
Jonathan Hawley, Bar No. 319464
JHawley@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:     +1.206.359.8000
Facsimile:     +1.206.359.9000

Torryn T. Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:     +1.415.344.7000
Facsimile:     +1.415.344.7050

The undersigned parties consent to the above withdrawal and substitution of counsel.

NOTICE OF MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS WORLD MARKET, LLC AND COST PLUS WORLD MARKET, LLC AND [PROPOSED] ORDER

Dated:  March 18, 2026                          **PERKINS COIE LLP**


By: /s/ *Charles C. Sipos*
      Charles C. Sipos
      Jonathan Hawley
      Torryn T. Rodgers


Attorneys for Defendants WORLD MARKET, LLC and COST PLUS WORLD MARKET, LLC

Dated:  March 18, 2026                          **BRYAN CAVE LEIGHTON PAISNER LLP**


By: /s/ *Daniel T. Rockey*
      Daniel T. Rockey
      Merrit M. Jones
      Anna V. Donald


Attorneys for Defendants WORLD MARKET, LLC and COST PLUS WORLD MARKET, LLC

NOTICE OF MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
WORLD MARKET, LLC AND COST PLUS WORLD MARKET, LLC AND [PROPOSED] ORDER

# [PROPOSED] ORDER

Upon consideration of the withdrawal and substitution of counsel of Defendants World Market, LLC and Cost Plus World Market, LLC, the Court, having read and considered the withdrawal and substitution of counsel, orders as follows:

The above withdrawal and substitution of counsel is approved and so ORDERED.

**IT IS SO ORDERED.**

Dated:  March 19, 2026

_____
Hon. Charles R. Breyer
United States District Judge

NOTICE OF MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS WORLD MARKET, LLC AND COST PLUS WORLD MARKET, LLC AND [PROPOSED] ORDER